

FILED

OCT 07 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA MORELAND, | Case No.  15-cv-02893-JST |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline to add parties or amend the pleadings | October 12, 2015 |
| Mediation deadline | December 31, 2015 |
| Fact discovery cut-off | March 1, 2016 |
| Deadline to file cross-dispositive motions | April 1, 2016 |
| Pretrial conference | None |
| Trial | June 8, 2016 at 2:00 p.m. |
| Estimate of trial length (in days) | One-half day |

This case will be tried to the Court.  The "trial" will take the form of a hearing on the parties' cross-motions for judgment.  The Court does not anticipate taking testimony.

United States District Court
Northern District of California

1   Counsel may not modify these dates without leave of court. The parties shall comply with

2   the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

3   The parties must take all necessary steps to conduct discovery, compel discovery, hire

4   counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

5   manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their

6   calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

7   Trial dates set by this Court should be regarded as firm. Requests for continuance are

8   disfavored. The Court will not consider any event subsequently scheduled by a party, party-

9   controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

10  a continuance. The Court will not consider the pendency of settlement discussions as good cause

11  to grant a continuance.

12  IT IS SO ORDERED.

13  Dated: October 7, 2015

14

15                                      JON S. TIGAR
                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28