UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MORELAND,<br>    Plaintiff,<br>    v.<br>AETNA LIFE INSURANCE COMPANY,<br>    Defendant. | Case No. 15-cv-02893-JST<br><br>**ORDER TO SHOW CAUSE AND ORDER VACATING TRIAL DATE** |

On October 7, 2015, the Court issued a scheduling order, setting a trial date of June 8, 2016. ECF No. 22. Later that day, the Court advanced the trial date to June 6, 2016. ECF No. 23. In the scheduling order, the Court stated: "the 'trial' will take the form of a hearing on the parties' cross-motions for judgment." ECF No. 22 at 1. Such motions were due by April 1, 2016. As of May 23, 2016, no such motions have been filed. Accordingly, the Court will vacate the trial date.

The Court further orders the parties to show cause why this case should not be dismissed without prejudice for failure to prosecute. A hearing on the order to show cause will be held on June 8, 2016 at 2:00 p.m. Counsel for both parties are ordered to appear in person. If a stipulation of dismissal is filed by June 7, 2016, the order to show cause will be vacated.

IT IS SO ORDERED.

Dated: May 23, 2016

_____
JON S. TIGAR
United States District Judge