UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MORELAND,<br><br>                Plaintiff,<br><br>        v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No. 15-cv-02893-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 26 |

The parties have filed a stipulation of dismissal dated June 6, 2016.  ECF No. 26.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The order to show cause, ECF No. 24, is vacated.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 6, 206

_____
JON S. TIGAR
United States District Judge